UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| Robert Joseph Lumpkin,<br><br>                Plaintiff,<br><br>   v.<br><br>J. Deroche, et al.,<br><br>                Defendants. | CASE NO. 2:21-cv-00104-JLR-DWC<br><br>REPORT AND RECOMMENDATION<br><br>Noting Date: July 23, 2021 |

The District Court has referred this 42 U.S.C. § 1983 action to United States Magistrate Judge David W. Christel. Plaintiff, proceeding *pro se*, filed an Application to Proceed *In Forma Pauperis* ("IFP") and a Proposed Complaint on January 27, 2021. Dkt. 1. On January 28, 2021, the Clerk of Court ("the Clerk") sent Plaintiff a letter notifying Plaintiff he had failed to provide a certified copy of his prison trust account. Dkt. 2. The Clerk instructed Plaintiff to submit the $400.00 filing fee or a complete application to proceed IFP. *Id*. The Clerk warned Plaintiff if he did not respond to the letter by March 1, 2021 the action may be subject to dismissal. *Id*.

On February 5, 2021, mail addressed to Plaintiff was returned and per a notice filed in another case (2:21-cv-0032-JLR-JRC, *Lumpkin v. Dicrose et al*), the Clerk's updated Plaintiff's

address. Dkt. 4. On February 5, 2021, a second deficiency letter was sent to Plaintiff indicating the proper IFP form must be filled out in full and returned to the Court on or before March 8, 2021. Dkt. 5. The Clerk also noted because Plaintiff was no longer in custody, he did not need to submit a prison trust account statement. Dkt. 5. The Clerk again warned Plaintiff if he did not respond to the letter by March 8, 2021 the action may be subject to dismissal. *Id*.

On March 3, 2021, the Clerk of Court again updated Plaintiff's address as it appeared he was back in custody. Dkt. 6. On March 8, 2021, the Clerk sent Plaintiff a third IFP deficiency letter indicating the proper IFP form was not submitted. Dkt. 7. The Clerk again warned Plaintiff if he did not respond to the letter by April 7, 2021 the action may be subject to dismissal. *Id*. On May 5, 2021, the Clerk's Office issued a final deficiency letter indicating the propep IFP form had not been submitted. Dkt. 8. On May 17, 2021, mail address to Plaintiff was returned to the Court as "Not Deliverable as Addressed – Unable to Forward – Not At This Address." Dkt. 11. On May 18, 2021, an additional notice of filing deficiency was sent to Plaintiff, affording him until June 17, 2021 to correct. Dkt. 10.

Plaintiff has not responded to the Clerk's letters, has not paid the filing fee, and has not filed a proper IFP form. As Plaintiff has failed to prosecute this case, the Court recommends this case be dismissed without prejudice.

REPORT AND RECOMMENDATION - 2

1  Pursuant to 28 U.S.C. § 636(b)(1) and Rule 72(b) of the Federal Rules of Civil
2  Procedure, the parties shall have fourteen (14) days from service of this Report to file written
3  objections. *See also* Fed. R. Civ. P. 6. Failure to file objections will result in a waiver of those
4  objections for purposes of appeal. *Thomas v Arn*, 474 U.S. 140 (1985). Accommodating the time
5  limit imposed by Rule 72(b), the Clerk is directed to set the matter for consideration on July 23,
6  2021 as noted in the caption.

7  Dated this 6th day of July, 2021.

*[signature]*

David W. Christel
United States Magistrate Judge