1
2
3
4
5
6
7
8
9

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

10  ROBERT JOSEPH LUMPKIN,                    CASE NO. C21-0104JLR-DWC

11                     Plaintiff,              ORDER ADOPTING REPORT
            v.                                 AND RECOMMENDATION
12
13  J. DEROCHE, et al.,

14                     Defendants.

15      Before the court is United States Magistrate Judge David W. Christel's report and

16  recommendation ("R&R") recommending that the court dismiss pro se Plaintiff Robert

17  Joseph Lumpkin's 42 U.S.C. § 1983 complaint without prejudice.  (R&R (Dkt. # 12).)

18  Magistrate Judge Christel recommends dismissal because Mr. Lumpkin has failed to file

19  a proper application to proceed *in forma pauperis* ("IFP"); to respond to multiple letters

20  regarding deficiencies in his IFP applications; and to pay the filing fee for this matter.

21  (*Id.* at 2; *see generally* Dkt.)  Mr. Lumpkin has not filed objections to Magistrate Judge

22  Christel's R&R.  (*See generally* Dkt.)

ORDER - 1

1    Having reviewed the R&R, the record, and the applicable law, the court ADOPTS
2 the R&R (Dkt. # 12) and DISMISSES this action without prejudice.
3    Dated this 26th day of July, 2021.

_____
JAMES L. ROBART
United States District Judge

ORDER - 2